372 A.2d 418
Commonwealth, Appellant, v. Farley.
Commonwealth, Appellant, v. Clark.
Commonwealth, Appellant, v. Neely.

Argued December 6, 1976. Charles M. Guthrie, Jr., Assistant District Attorney, with him J. Michael Morrissey, District Attorney, for Commonwealth, appellant; Emmanuel H. Dimitriou, with him Lieberman, Dimitriou & Kramer, for appellees.

Orders affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.